EDWARD J. ADELSON, Who Sues on Behalf of Himself and All the Other Tenants of No. 418 West 130th Street, ·Borough of Manhattan, City of New York, Similarly· Situated, Respondent, *v.* SACRED ASSOCIATES REALTY CORPORATION, Appellant. (No. 2.)

First Department, July 2, 1920.

See head note in *Adelson* v. *Sacred Associates Realty Corp., No. 1* (*ante*, p. 601).

APPEAL by the defendant, Sacred Associates Realty Corporation, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 24th day of May, 1920, granting the plaintiff's motion for an injunction *pendente lite.*

*Alfred G. Reeves* of counsel [*Edward P. Sobel* with him on the brief], for the appellant.

*Jeremiah T. Mahoney* of counsel [*J. Archer Hodge* with him on the brief], *Phillips, Mahoney & Leibell,* attorneys, for the respondent.

PER CURIAM:

Upon the opinion handed down herewith in *Adelson* v. *Sacred Associates Realty Corp., No. 1* (192 App. Div. 601) the order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

Present — CLARKE, P. J., DOWLING, SMITH, PAGE and GREENBAUM, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.